UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANDSOMELAND LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>        Defendants. | NO. C19-1764RSL<br><br>ORDER |

This matter comes before the Court *sua sponte*. On October 29, 2019, plaintiff Handsomeland LLC filed a complaint signed by Roland Ma. Dkt. # 1. "Corporations and other unincorporated associations must appear in court through an attorney." Licht v. Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994). Pleadings filed by a non-attorney on behalf of a corporation or partnership are not valid. D-Beam Ltd. Partnership v. Roller Derby Skates, Inc., 366 F.3d 972, 974 n.1 (9th Cir. 2004).

There is no indication that Mr. Ma is an attorney licensed to practice before this Court. Plaintiff Handsomeland LLC is therefore directed to appear in this action through counsel within thirty days of the date of this Order. Failure to do so will result in the striking of the complaint and dismissal of this action.

//

ORDER - 1

1  Dated this 1st day of November, 2019.

2  _____
    Robert S. Lasnik
3   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 ORDER - 2