UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANDSOMELAND LLC, | NO. C19-1764RSL |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SEATTLE, *et al.*, | |
| Defendants. | |

This matter comes before the Court on plaintiff's motion to amend the complaint to add Roland Ma as plaintiff and to delete Handsomeland LLC. Dkt. # 7. The motion is GRANTED. Because Mr. Ma is now the named plaintiff, the order directing Handsomeland LLC to associate counsel (Dkt. # 5) is hereby VACATED.

A bar order preventing Mr. Ma from filing any civil lawsuits in this district was entered in the case of Ma v. Dep't of Educ., C19-0399JCC, Dkt. # 92 at 2 (W.D. Wash. Aug. 23, 2019). Mr. Ma is hereby ORDERED TO SHOW CAUSE why this case should not be dismissed as violative of that bar order.

Dated this 5th day of November, 2019.

*Mr S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER - 1