UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROLAND MA,

    Plaintiff,

v.

CITY OF SEATTLE, *et al.*,

    Defendants.

NO. C19-1764RSL

ORDER DENYING MOTION TO LIFT STAY

On December 4, 2019, the Court denied plaintiff's application for Court-appointed counsel and stayed the above-captioned litigation. One of the conditions of plaintiff's pretrial release in state court was that he would have "No contact with City or the SPD except through his attorney." Dkt. # 13 at 4; Dkt. # 14 at 31. The Municipal Court of the City of Seattle found "a substantial likelihood that the defendant will commit a violent crime, interfere with witnesses or [interfere with the] administration of justice" and barred him from contact with defendants in this case in order to reduce that likelihood. Dkt. # 14 at 31. The undersigned concluded that, unless and until the "no contact" condition were lifted or plaintiff obtained counsel to represent him in this case, prosecution of this litigation would put him in direct violation of the Municipal Court order.

On December 20, 2019, plaintiff filed a "Motion to Lift Stay of Proceedings" on the

ORDER DENYING MOTION
TO LIFT STAY - 1

ground that the City Attorney has moved to dismiss the criminal charge against plaintiff and, therefore, the restrictions imposed in the conditions of release would soon expire. Dkt. # 28. There is no indication in the motion or attached papers that the criminal case has, in fact, been dismissed however. Absent such evidence, the stay will remain in place. Plaintiff's motion to lift the stay is DENIED.

Dated this 6th day of January, 2020.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
TO LIFT STAY - 2