UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROLAND MA,

        Plaintiff,

        v.

CITY OF SEATTLE, *et al.*,

        Defendants.

NO. C19-1764RSL

ORDER LIFTING STAY AND DIRECTING ISSUANCE OF SUMMONS

On December 4, 2019, the Court denied plaintiff's application for Court-appointed counsel and stayed the above-captioned litigation. One of the conditions of plaintiff's pretrial release in state court was that he would have "No contact with City or the SPD except through his attorney." Dkt. # 13 at 4; Dkt. # 14 at 31. The undersigned concluded that, unless and until the "no contact" condition were lifted or plaintiff obtained counsel to represent him in this case, prosecution of this litigation would put him in direct violation of the Municipal Court order.

On December 20, 2019, plaintiff filed a "Motion to Lift Stay of Proceedings" on the ground that the City Attorney had moved to dismiss the criminal charge against plaintiff and, therefore, the restrictions imposed in the conditions of release would soon expire. Dkt. # 28. He provided no evidence that the criminal case had, in fact, been dismissed, however, and the motion was denied. Dkt. # 29. Plaintiff subsequently remedied the identified deficiency by

ORDER LIFTING STAY AND
DIRECTING ISSUANCE OF SUMMONS - 1

providing a copy of the Municipal Court of Seattle Docket showing that the "no contact" condition of release expired on December 20, 2019. Plaintiff's motion for reconsideration (Dkt. # 30) is therefore GRANTED and the stay is LIFTED.

The Clerk of Court is directed to issue summons as requested by plaintiff on December 6, 2019. Plaintiff is advised to review the materials for pro se litigants found on the district's website at https://www.wawd.uscourts.gov/representing-yourself-pro-se.

Dated this 13th day of January, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER LIFTING STAY AND
DIRECTING ISSUANCE OF SUMMONS - 2