UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROLAND MA,

        Plaintiff,

      v.

CITY OF SEATTLE, *et al.*,

        Defendants.

NO. C19-1764RSL

ORDER

      This matter comes before the Court on plaintiff's "Brief for Additional Grounds for Review on Merits." Dkt. # 48. Plaintiff seeks to supplement his amended complaint with additional facts, claims, and requests for relief. He apparently believes that the Court will consider this submission when evaluating the merits of his case. Dkt. # 48 at 1.

      Federal Rule of Civil Procedure 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's claims must be stated in a single document: at present, the operative pleading governing this litigation is the Amended Complaint filed on November 7, 2019 at Dkt. # 13. Simply supplementing the Amended Complaint with piecemeal additions does not satisfy Rule 8(a)(2) and would be confusing for both the litigants and the Court.

      For all of the foregoing reasons, plaintiff's "brief" is hereby STRICKEN and will not be considered. Plaintiff may, however, file a motion for leave to file a second amended complaint

ORDER - 1

following the procedures set forth in LCR 15. The proposed second amended complaint must be attached as an exhibit to the motion for leave to amend and set forth all of plaintiff's claims, clearly identify each defendant, and concisely state the facts showing that each defendant violated plaintiff's legal rights.

Dated this 12th day of February, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2