UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROLAND MA,

        Plaintiff,

    v.

CITY OF SEATTLE, *et al.*,

        Defendants.

NO. C19-1764RSL

ORDER DENYING REQUEST TO ALTER OR AMEND JUDGMENT

    This matter comes before the Court on plaintiff's "Motion for Reconsideration." Dkt. # 87. Plaintiff requests that the Court alter or amend the order dismissing his claims to enjoin unlawful searches or seizures while plaintiff pursues an appeal in this matter. Plaintiff has not, however, shown a likelihood of success on the merits or a likelihood of irreparable injury that could justify injunctive relief. The motion is therefore DENIED.

    Dated this 6th day of July, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING REQUEST TO
ALTER OR AMEND JUDGMENT - 1