UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROLAND MA,

   Plaintiff,

  v.

CITY OF SEATTLE, *et al.*,

   Defendants.

NO. C19-1764RSL

CERTIFICATION

  On July 2, 2020, the above-captioned matter was dismissed because the allegations of the second amended complaint (as supplemented by the proposed allegations against Detective Sandbeck) did not give rise to a plausible inference that the office engaged in unlawful activity, that any of the conduct alleged was the result of a municipal policy or practice, or that plaintiff is entitled to relief under any of the claims asserted. Plaintiff has now appealed the dismissal. This matter is again before the Court to determine whether *in forma pauperis* status should be permitted on appeal. Dkt. # 92.

  Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." For purposes of this statute, "good faith" is generally established "by the presentation of any issue that is not plainly frivolous." <u>Ellis v. United States</u>, 356 U.S. 674 (1958). Having again reviewed the allegations of the second amended complaint and the motion to further amend, the Court finds that plaintiff's

CERTIFICATION - 1

1   claims are frivolous and this appeal is not taken in good faith.

3   Dated this 20th day of July, 2020.

*[signature: Robt S Lasnik]*
Robert S. Lasnik
United States District Judge

28  CERTIFICATION - 2