UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROLAND MA,

        Plaintiff,

    v.

CITY OF SEATTLE, *et al.*,

        Defendants.

NO. C19-1764RSL

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

        On July 2, 2020, the above-captioned matter was dismissed because the allegations of the second amended complaint (as supplemented by the proposed allegations against Detective Sandbeck) did not give rise to a plausible inference that the officer engaged in unlawful activity, that any of the conduct alleged was the result of a municipal policy or practice, or that plaintiff was entitled to relief under any of the claims asserted. Plaintiff appealed the dismissal, and the Court determined that plaintiff's claims were frivolous and that the appeal was not taken in good faith for purposes of 28 U.S.C. § 1915(a)(3). On July 20, 2020, plaintiff filed a "Motion for Reconsideration." Dkt. # 94. Because the time in which to seek reconsideration of the order of dismissal had passed, the Court assumed that the motion was directed at the Court's recommendation that *in forma pauperis* status not be granted to plaintiff on appeal. The motion was denied.

        Plaintiff has now filed another "Motion for Reconsideration" seeking relief from

ORDER DENYING MOTION
FOR RELIEF FROM JUDGMENT - 1

judgment under Fed. R. Civ. P. 60(b)(2). Dkt. # 96. Plaintiff has not, however, shown any error in the dismissal order or any newly discovered evidence that would have supported his claims but could not have been discovered earlier with reasonable diligence. Instead, plaintiff seeks to interpose entirely new claims in this litigation involving the conditions of his detention and the refiling of criminal charges in state court. The above-captioned matter has been dismissed and judgment has been entered: new claims cannot be asserted at this late date.

For all of the foregoing reasons, the motion for reconsideration/relief from judgment is DENIED. Unless and until this matter returns to the district court on remand from the Ninth Circuit, the Court will not consider or act upon any future filings.

Dated this 1st day of September, 2020.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RELIEF FROM JUDGMENT - 2