| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 23 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| ROLAND MA, | No.   20-35597 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-01764-RSL Western District of Washington, Seattle |
| v. | |
| CITY OF SEATTLE; SEATTLE POLICE DEPARTMENT, | ORDER |
| Defendants-Appellees. | |

Before: THOMAS, Chief Judge, TASHIMA and SILVERMAN, Circuit Judges.

The district court has certified that this appeal is frivolous and denied appellant leave to proceed on appeal in forma pauperis. *See* 28 U.S.C. § 1915(a). On July 22, 2020, this court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record, the response to the court's July 22, 2020 order, and the opening brief received on October 25, 2020, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 4) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED.**